# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150882(55)

CYNTHIA HARDY, Personal Representative of
the ESTATE OF MARGARET MARIE ROUSH,
      Plaintiff-Appellee,

v

LAURELS OF CARSON CITY, LLC,
      Defendant-Appellant.

_____/

SC: 150882
COA: 317406
Montcalm CC: 2012-016830-CZ

      On order of the Chief Justice, the motion of amicus curiae Elder Law and Disability Rights Section of the State Bar of Michigan to participate in oral arguments is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2016



Clerk